54 So.3d 631 (2011)
Edwin R. PLANELL, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-87.
District Court of Appeal of Florida, Third District.
February 23, 2011.
Grigaltchik & Rowe and Adam Rowe, Jacksonville, for appellant.
Pamela Jo Bondi, Attorney General, and Timothy R.M. Thomas, Assistant Attorney General, for appellee.
Before GERSTEN, CORTIÑAS, and LAGOA, JJ.
PER CURIAM.
Affirmed. See Floyd v. State, 18 So.3d 432, 443-44 (Fla.2009); Tingley v. State, 549 So.2d 649 (Fla.1989).